OLIVER HARRIMAN et al., Respondents, *v.* CALVIN O. GEER et al., Appellants.

*Harriman* v. *Geer*, 151 App. Div. 942, affirmed.
(Argued January 29, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 5, 1912, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court in an action to recover upon a promissory note.

*Ferdinand E. M. Bullowa* for appellants.

*Edward M. Grout, Dean Potter* and *Paul Grout* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Not sitting: MILLER, J.